JOHN N. KITTA, Esq. (State Bar No. 71504)
JOHN N. KITTA & ASSOCIATES
A Professional Corporation
39560 Stevenson Place, Suite 217
Fremont, California 94539
Telephone: (510) 797-7990

Attorney for Plaintiff:
DANIEL TAPIA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Matter of<br><br>DANIEL TAPIA,<br><br>   Plaintiff,<br>vs.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT (erroneously named as NEWARK UNIFIED SCHOOL DISTRICT), a public entity,<br><br>   Defendant. | NO. 3:08-CV-3107 SI<br><br>~~STIPULATION &~~ ORDER RE:<br>**Add proper Plaintiff's name as Jeanne Tapia and drop Daniel Tapia (now deceased) as a named Plaintiff, And Defendant to be properly named as "Gilroy Unified School District", dropping Santa Clara Unified School District from this action.**<br><br>Dept: 10<br>Honorable SUSAN ILLSTON |

**IT IS HEREBY STIPULATED** between properly named Plaintiff, JEANNE TAPIA, by and through her attorney, JOHN N. KITTA, ESQ.; and Defendant, SANTA CLARA UNIFIED SCHOOL DISTRICT, by and through their attorney, ROBERT M. COELHO, ESQ., in this case as follows:

1. That the Plaintiff in this case shall be changed from DANIEL TAPIA (deceased) to JEANNE TAPIA, wherein all future Pleadings, Judicial, and all other correspondence regarding this matter shall be referred herein after the filing of this Stipulation and Order.

1      2. That the Defendant in this case shall be properly entitled GILROY UNIFIED SCHOOL DISTRICT, thereby relieving the Santa Clara Unified School District from this litigation proceeding herein after the filing of this Stipulation and Order.

IT IS FURTHER STIPULATED by and through the parties' legal counsel that the signatures on this stipulation transmitted by facsimile and/or electronic mail, shall be as effective as original signatures and a copy of the signature by facsimile and/or electronic mail may be submitted to the Court as an original document for purposes of obtaining the Court's order.

Date: 7/16/09

JOHN N. KITTA, ESQ.
Attorney for Plaintiff

Date: 7/16/09

ROBERT M. COELHO, ESQ.
Attorney for Defendant, SCUSD

ORDER:

IT IS SO ORDERED

Dated: 8/3/09

HONORABLE
JUDGE OF THE

IT IS SO ORDERED
Judge Susan Illston

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]