IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANNE TAPIA,

        Plaintiff,

  v.

GILROY UNIFIED SCHOOL DISTRICT,

        Defendant.
                               /

No. C 08-3107 SI

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE; AND FAILURE TO PROSECUTE**

This matter came on for a regularly-scheduled case management conference on Friday, September 25, 2009. Neither plaintiff, plaintiff's counsel nor defendant appeared, nor did anyone contact the Court in any way concerning their absence.

This action was filed in June, 2008, on behalf of a different plaintiff, now deceased, and against a different defendant. On August 4, 2009, this Court signed and filed an order requested by plaintiff's counsel, substituting Ms. Tapia in as plaintiff and the Gilroy Unified School District in as defendant. Since that time, no action has been taken and, as far as the record reflects, defendant Gilroy Unified School District has not been served with process or appeared in the action,

Accordingly, plaintiff is hereby ORDERED to show cause, **in writing filed with the Court no later than October 9, 2009**, why she failed to appear and whether she intends to continue with this action. In the event an adequate response is not provided by October 9, 2009, this action may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 28, 2009

                                                        SUSAN ILLSTON
                                                        United States District Judge