*IT IS SO ORDERED*
*Susan Illston*
Judge Susan Illston

1  JOHN N. KITTA, ESQ. (71504)
   JOHN N. KITTA & ASSOCIATES
2  39560 Stevenson Place, Suite 217
3  Fremont, CA 94539
   Phone: (510) 797-7990; Fax: (510) 745-8606
4  jkitta@aol.com

5  MATTHEW M. OLIVERI, ESQ. (SBN 230486)
6  OLIVERI LAW OFFICES
   1150 Mustang Drive
7  Danville, CA  94526
   Telephone:  (925) 303-3705 or 3706
8  Facsimile:   (925) 406-0773
9  Email: matt@oliverilaw.com

10 Attorneys for PLAINTIFFS,
   JEANNE TAPIA
11

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEANNE TAPIA, | ) Case No. C08-3107 SI |
|---|---|
| Plaintiff, | ) PLAINTIFF'S DIMISSAL WITH |
| v. | ) PREJUDICE |
| GILROY UNIFIED SCHOOL DISTRICT, a public entity, | ) |
| Defendant. | ) |

TO THE COURT AND ANY INTERESTED PARTIES:

PLEASE BE ADVISED THAT PLAINTIFF JEANNE TAPIA hereby dismisses the Second Amended Complaint in the above-entitled case, with prejudice, against any and all named and possible Defendants.

Dated: **12-2-2009**

_____
MATTHEW M. OLIVERI, ESQ.

– 1 –

TAPIA V. GILROY, C08-3107 SI            DISMISSAL WITH PREJUDICE